IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA : <br>   : <br> v. : <br>   : <br> JOSEPH EICHNER, : <br>   : <br> Defendant. : | Criminal No. 11-687 (JBS) <br><br> **ORDER TERMINATING** <br> **SUPERVISED RELEASE** |

This matter came before the Court upon motion of Defendant Joseph P. Eichner, <u>Pro Se</u>, to terminate Defendant's term of supervised release that was imposed on March 6, 2002; and

There being no opposition; and

The Court finding good cause to grant this motion pursuant to 18 U.S.C. § 3583(e)(1) because it is satisfied that such action is warranted;

IT IS, this __**31st**__ day of **May, 2013**, hereby

ORDERED that the Defendant's term of supervised release shall be, and it hereby is, terminated upon the date of entry of this Order.

 _s/ Jerome B. Simandle_
JEROME B. SIMANDLE
Chief U.S. District Judge